IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff | : | CRIMINAL ACTION |
| | : | NO. 04-CR-647-1 |
| v. | : | |
| | : | CIVIL ACTION |
| ENRIQUE IGLESIAS, | : | NO. 10-CV-0378 |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 22nd day of December, 2010, IT IS HEREBY **ORDERED** that, following careful consideration:

1. Defendant's *pro se* Section 2255 motion to vacate, set aside, or correct sentence by a person in federal custody (Docket No. 04-CR-647-1, Document No. 102) is **DENIED**;

2. Defendant's *pro se* motion for discovery in support of his Section 2255 motion (Docket No. 04-CR-647-1, Document No. 103) is **DENIED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.