IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ENRIQUE IGLESIAS | CRIMINAL ACTION<br>NO. 04-00647 |

## ORDER

**AND NOW**, this 19th day of January 2021, upon consideration of Enrique Iglesias's Motion for Release (ECF No. 123) and Supplemental Motion for Release (ECF No. 132), the Government's Responses (ECF Nos. 128, 136) and associated exhibit (ECF No. 137) and Iglesias's Reply (ECF No. 139), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.