**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

ENRIQUE IGLESIAS

CRIMINAL ACTION
NO. 04-00647

## ORDER

**AND NOW**, this 5th day of March 2021, upon consideration of Enrique Iglesias's

Second Motion for Release (ECF 145), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.